# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CATHERINE SMOKOVICH,

        Plaintiff,

v.                                                                    Civ. No. 17-1191 WJ/GBW

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

        Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On December 4, 2017, Plaintiff filed a Complaint in this Court seeking review of the Social Security Administration's decision to deny Plaintiff benefits. *Doc. 1.* On July 4, 2018, Plaintiff filed a Motion to Remand to Agency or Reverse (*doc. 17*) the Social Security Administration's adverse decision. That motion was fully briefed on October 1, 2018. *See docs. 17, 19, 20, 21.* On October 22, 2018, the Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD), in which he recommended denying Plaintiff's Motion and affirming the Commissioner's decision. *Doc. 22.* Neither party has filed objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 22*) is ADOPTED. Plaintiff's motion is DENIED and this case is hereby DISMISSED WITH PREJUDICE.

_____
WILLIAM P. JOHNSON
Chief United States District Judge